# ATTACHMENT A

## Property to be Searched





## 897 Fording Island Road, Unit 1213, Bluffton, SC 29910

The property located at **897 Fording Island Road, Unit 1213, Bluffton, SC 29910** is a multi-unit complex with a white and cream exterior. **Unit 1213** is in building 12. **Unit 1213** is on the back-left side of building 12. The numbers 1213 are affixed to the building left of the entrance door. The search shall also include vehicles located at the residence that are owned or under the control of the occupants of the residence, as evidenced by prior surveillance, possession of keys, or registration for such vehicles in the name of the occupants.