# ATTACHMENT B

## Particular Things to be Seized

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 1341, 1343 and 1956:

1. Records, information, and items relating to violations of the statutes described above including:

    a. Records, information, and items relating to the occupancy or ownership of **897 Fording Island Road, Unit 1213, Bluffton, SC 29910** including utility and telephone bills, mail envelopes, or addressed correspondence;

    b. Records and information relating to the identity or location of the persons suspected of violating the statutes described above;

    c. Records relating to the transfer of proceeds received from victims, to include Western Union and MoneyGram money transfer receipts;

    d. Records relating to mailings received from victims;

    e. Records relating to mailings sent to victims;

    f. Bank records;

    g. Records relating to the purchase and sale of victims' contact information;

    h. Communications between targets of this investigation and sellers of victims' information;

    i. Communications between targets of this investigation and victims;

    j. Records relating to prepaid money cards;

1

    k. Records relating to lottery sweepstakes.

2. Wireless telephones used as a means to commit the violations described above.