AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: 09-09-2020  0620 | Copy of warrant and inventory left with: Ydnique Bennett |
|---|---|---|

Inventory made in the presence of:
SA C. Michocki + SA J. Walton

Inventory of the property taken and name of any person(s) seized:

1 Apple cellphone
4 Samsung cellphones
Misc. documents

Nothing Further On

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9-14-2020

_____
Executing officer's signature

David Moody  Special Agent
Printed name and title